UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF MICHIGAN
SOUTHERN DIVISION

MONTRIS HALL-DREW,

        Petitioner,

v.

UNITED STATES OF AMERICA,

        Respondent.

        Criminal Case No. 13-20686
        Civil Case No.  16-12658

        Honorable Sean F. Cox

_____/

## ORDER GRANTING TO STAY

This matter comes before the Court on the Petitioner's Motion to Hold in Abeyance and the Government's Motion to Stay Litigation Pending Supreme Court's Decision in *Beckles v. United States*, No. 15-8544, 2016 WL 1029080 (U.S. June 27, 2016).

Having reviewed the motions, and mindful of the Sixth Circuit's recent opinion in *In re: Alford D. Embry, Movant*, No. 16-5447, 2016 WL 4056056 (6th Cir. July 29, 2016), the Court hereby **GRANTS** the motions. This matter will be stayed pending the Supreme Court's decision in *Beckles v. United States*.

        s/Sean F. Cox
        Sean F. Cox
        United States District Judge

Dated: August 29, 2016

I hereby certify that a copy of the foregoing document was served upon counsel of

record on August 29, 2016, by electronic and/or ordinary mail.

        S/Jennifer McCoy
        Case Manager